THE IOLA PORTLAND CEMENT COMPANY v. THOMAS G..
HEMPY.

**No. 13,672.**    (77. Pac. 1134.)

Error from Allen district court; L. STILLWELL, judge.
Opinion filed June 11, 1904. Affirmed.

*Baxter D. McClain,* and *G. W. Webster,* for plaintiff in
error.

*Cyrus Crane, Milo Hempy,* and *Travis Morse,* for de-
fendant in error.

*Per Curiam:* The plaintiff below recovered a judgment
for damages for an injury caused by the defendant's negli-
gence. In this court the defendant, now plaintiff in error,
argues that the injury happened· by accident; that the
plaintiff was guilty of contributory negligence; that the
negligence of the company, if any be discoverable, was
not the proximate cause of the injury; and that the dam-
ages were excessive. The jury returned explicit findings
of fact upon all these propositions except the last, expressly
negativing the defendant's claim. The findings were
amply sustained by the evidence, and only the elementary
principles of the law of negligence were involved. A formal
opinion of this court would be of no advantage to the par-
ties or to the profession. The damages were not so excess-
ive that this court may interfere, and the rule given by the
trial court for their ascertainment was correct.

The judgment of the district court is affirmed.